# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Geovanni Bahena Figueroa

                            Plaintiff,

v.                                                    Case No.: 1:26–cv–00064
                                                      Honorable John Robert Blakey

Portland Pet Food Company

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 3, 2026:

        MINUTE entry before the Honorable John Robert Blakey: Pursuant to the Notice of Voluntary Dismissal, [13], this case is dismissed with prejudice under Rule 41(a). The Court strikes all set dates and deadlines. Civil case terminated. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.